146 So. 925

**Douglas STEWART v. STATE.**

8 Div. 706.

Court of Appeals of Alabama.
March 21, 1933.

SAMFORD, Judge.
Affirmed.

144 So. 927

**Fletcher STEWART v. STATE.**

4 Div. 890.

Court of Appeals of Alabama.
Nov. 15, 1932.

BRICKEN, P. J.
Appeal dismissed.

150 So. 927

**Elbie STRICKLAND et al. v. STATE.**

4 Div. 17.

Court of Appeals of Alabama.
Nov. 14, 1933.

RICE, Judge.
Appeal dismissed.

150 So. 927

**Elbie STRICKLAND v. STATE.**

4 Div. 3.

Court of Appeals of Alabama.
Nov. 14, 1933.

RICE, Judge.
Appeal dismissed.

150 So. 927

**Elbie STRICKLAND v. STATE.**

4 Div. 2.

Court of Appeals of Alabama.
Nov. 14, 1933.

SAMFORD, Judge.
Appeal dismissed.

146 So. 925

**James N. STRICKLAND v. STATE.**

8 Div. 729.

Court of Appeals of Alabama.
Feb. 21, 1933.

BRICKEN, Presiding Judge.
Affirmed.

144 So. 927

**R. F. STRICKLAND v. STATE.**

4 Div. 935.

Court of Appeals of Alabama.
Nov. 15, 1932.

SAMFORD, J.
Affirmed.